*FILED IN THE UNITED STATES BANKRUPTCY COURT*
*2009 DEC 10 AM 11:47*
*DISTRICT OF UTAH*
*MAIL*

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>BARON S. YOUNGER<br>NATALIE YONGER<br>Debtor(s). | CHAPTER # 7<br>BANKRUPTCY # 08-28699 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

__X__ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| RC Willey<br>P.O. Box 65320<br>Salt Lake City, UT 84165-0320 | $3.76 |

　　　The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$3.76** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

　　　DATED this 9th day of December, 2009.

　　　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　Steven R. Bailey, Trustee